```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   BRUCE HAY,                                               :
                                         Plaintiff,         :
                                                            :    22 Civ. 698 (LGS)
                     -against-                              :
                                                            :            ORDER
   THE GERNERT COMPANY, INC., et al.,                       :
                                         Defendants.        :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion conference is scheduled for December 13, 2022, at 4:00 P.M.

It is hereby

**ORDERED** that, in light of the pending motion to dismiss and stay of discovery, the pre-motion conference is **adjourned** *sine die*.

Dated: December 6, 2022
       New York, New York

                                                    _____
                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**