Law Office of Jillian T. Weiss, P.C.
Attorney at law
226 Prospect Park West, No. 104
Brooklyn, New York 11215
------------
(845) 709-3237
FAX: (845) 684-0160
jweiss@jtweisslaw.com
Incorporated in new york
Admitted New York and New Jersey Only

<u>**VIA ECF**</u>

February 18, 2023

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: Bruce Hay v. The Gernert Company, Inc., et al.*, No. 1:22-cv-00698-LGS

Dear Judge Schofield:

    Plaintiff Bruce Hay is in receipt of Defendants' letter to the Court of February 15, 2023, regarding Plaintiff's Motion for Leave to File an Amended Complaint. The letter contains some material inaccuracies and misconceptions. Plaintiff respectfully requests leave to file a two page reply regarding these items by Friday, February 24, 2023. Plaintiff believes this will be helpful to the Court in future discussions on this matter.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Jillian T. Weiss*

Plaintiff's request for leave to file a second amended complaint is **GRANTED**. The facts alleged in the letter at Dkt. No. 47 -- specifically, under sections one and two -- cure the pleading deficiency identified in the Opinion and Order at Dkt. No. 46. The Court does not find that the request was made in bad faith. Plaintiff's request at Dkt. No. 54 is denied as moot. A deadline for filing the second amended complaint will be determined after Plaintiff's counsel's motion to withdraw is resolved.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 54.

Dated: March 1, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE