# Bruce Hay

March 8, 2023

Hon. Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Bruce Hay v. The Gernert Company, Inc., et al., No. 1:22-cv-00698-LGS**

Dear Judge Schofield:

    I do not object to Ms. Weiss' motion to withdraw. I request 90 days to find a new attorney, as it will take some time to locate someone and bring them up to speed. This is complicated by my health issues and being out of the District for medical treatment. This short pause will not cause undue delay or prejudice as the case is in its early stages, and no discovery has yet been exchanged.

    I thank the Court for its consideration.

Respectfully,

*[signature]*
BRUCE HAY