Bruce L. Hay
1309 Beacon St, Ste 300
Brookline, MA 02446
(617) 290-5083
brucelawhay@proton.me

May 26, 2023

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Bruce Hay v. The Gernert Company, Inc., et al., Case no. 1:22-cv-00698-LGS**

Dear Judge Schofield:

 I write in reference to my previous letter (Docket No. 66) regarding my mailing address and telephone number that was filed this morning with the Court. Since filing the letter, I have heard back from my former attorney Ms. Ariana Kushak who sent a warm note informing me that there would be no issue with my continuing to use her address as my mailing address, including specifically for this litigation. She told me she was caught off guard by Mr. Chase's call that came out of the blue. She also passed along a copy of the pro se endorsement that he had sent to her.

 My previous filing was made based on my good faith crediting of what now is clearly Mr. Chase's mischaracterization of the conversation he had with Ms. Kushak. I also believe that any surprise or confusion on Ms. Kushak's part arose from the fact that Mr. Chase falsely implied to Ms. Kushak that I was giving the impression that she was representing me in this litigation. She is not representing me in any capacity and I have never claimed nor even suggested to anyone that this is the case. I am dismayed that the Defendants continue to use intimidation tactics and misrepresentations that are disingenuous and wasteful of everyone's time and resources. In light of this, if acceptable to the court, I will continue using the address above that I have used in my pro se filings.

 I respectfully request that the court deny all the Defendants' demands for actions and sanctions against me premised on their misrepresentations.

      I respectfully request that the Defendants also communicate with me through the email address provided which they have known is my preferred method for communication, and any conversations they wish to have with me be scheduled via email.

Respectfully,

/s/ Bruce L. Hay