UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRUCE HAY,

                    Plaintiff,

-v-

THE GERNERT COMPANY, INC. and SARAH BURNES,

                    Defendants.

CIVIL ACTION NO.: 22 Civ. 698 (LGS) (SLC)

**AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    Defendants' request at ECF No. 87 is GRANTED, and the settlement conference scheduled for August 28, 2023 is ADJOURNED to **Tuesday, October 3, 2023 at 2:00 pm** and will take place by videoconference hosted by the Court on the Microsoft Teams platform. The Court will provide the link for the settlement conference once it receives from each party the annexed Attendance Acknowledgement Form with the names and email addresses of the individuals who will be attending the settlement conference.

    The Court's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave (ECF No. 75 at 4–6) remains in effect. The submissions required by paragraph 4 of the Standing Order shall be emailed to Chambers (cave_nysdchambers@nysd.uscourts.gov) and opposing counsel by **September 27, 2023**.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff, and to close ECF No. 87.

Dated:     New York, New York
             August 17, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**

**ATTENDANCE ACKNOWLEDGMENT FORM**

**CASE NAME:** _____

**DOCKET NUMBER**: _____

I represent the  ☐ Plaintiff   ☐ Defendants

☐ I acknowledge that I am attending a virtual settlement conference **through the Court's Microsoft Teams platform** on _____ at _____.

Please provide the name of any co-counsel who will attend the conference with you.

_____
_____
_____

☐ I acknowledge that my client, and any other relevant decisionmakers, will attend the settlement conference.

Please provide the name and title, if applicable, of the individuals who will attend:

_____
_____
_____

Next to the name of each conference participant, please indicate the email address the Microsoft Teams invitation should be sent to.

_____                    _____
Signature                                            Date


_____
Name (print)