UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                               :
  BRUCE HAY,                                                   :
                                    Plaintiff,                 :
                                                               :            22 Civ. 698 (LGS)
  -against-                                                    :
                                                               :            ORDER
  THE GERNERT COMPANY, INC.,                                   :
                                    Defendant.                 :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the parties held a settlement conference before Judge Cave on December 12,

2023;

        WHEREAS, the parties did not settle, and the parties were directed to submit a letter

proposing next steps to move the action forward;

        WHEREAS, no such letter has been filed.  It is hereby

        **ORDERED** that, by **February 13, 2024**, the parties shall submit a joint status letter that

includes the information required by the Court's Individual Rules and proposes next steps.

Dated: February 7, 2024
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE